(Rev. 4/97)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Joni Lee Johnson

(Enter above the full name of the plaintiff in this action)

06 - 452

V.

Delaware Department of Corrections; Stanley Taylor, in his individual & official capacity as Commissioner of Doc; Paul Howard, In his individual and official capacity as Bureau chief of Doc; Delores J. Baylor's Womens Correctional Institution; Patrick Ryan, in his individual and official capacity as BWCI Warden; Grace Martin in her

(Enter above the full name of the defendant(s) in this action)

Individual and official capacity as Deputy Warden; Joseph Moore, in his Individual & official capacity as Captain/Shift commander BWCI; ~~First shift lt.~~ Cpl Brown in her individual and official capacity as a DOC Transport correctional officer and First Correctional Medical, Inc.

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [  ]    NO [X]

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.    Parties to this previous lawsuit

   Plaintiffs    N|A

   Defendants    N|A

2006 JUL 25 PM 3:55 FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE CLERK U.S. DISTRICT COURT

2.   **Court (if federal court, name the district; if state court, name the county)**

n\a

3.   Docket number  n\a

4.   Name of judge to whom case was assigned  n\a

5.   Disposition (for example: Was the case dismissed? Was it appealed?
     Is it still pending?)

n\a

6.   Approximate date of filing lawsuit  n\a

7.   Approximate date of disposition  n\a

II.   A.   Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B.   Did you present the facts relating to your complaint in the state prisoner
     grievance procedure? Yes [X] No [ ] (Attached)

C.   If your answer is YES,

1.   What steps did you take? PlAceD grievance in Box on DATE
     of incident (Retalliatory physicAl Injuey)

2.   What was the result? Nothing / 1 week later the grievance
     is still in the box

D.   If your answer is NO, explain why not further grievance Actions Are
     A WASte of time At this institution Because they are
     Not being AddRESSED

E.   If there is no prison grievance procedure in the institution, did you complain to
     prison authorities? Yes [X] No [ ]

F.   If your answer is YES, ** Info provided to U.S. D.O.J. investigators Attorney's
     * while in institution to investigate other inproprie ties **
     1.   What steps did you take? Filed Report AT MEDICAl and
     Spove to officers that Refuse to assist and simply
     Suggest I take the Actions Necessary through Legal system

2.   What was the result? MEDICAl is AddRESSing & tReAting the
     injuey USDOJ investigators took Report & further
     suggested All proper DocumentAtion be continued.

III.    **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff Joni Lee Johnson,
BUCI Unit 9                HOME ADDRESS: 424 S. STATE St.
Address 600 BAYLOR BLVD        Dover, DE 19901    (302) 730-6324
NEW CASTLE, DE 19720

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant STANLEY    TAYLOR    is employed as DOC Commissioner
of Corrections    945 McKee Rd    at Dover DE 19904

C.    Additional Defendants Paul Howard, Bureau Chief, D.O.C.    945 McKee R Dover D 1990
PATRICK RYAN BUCI Warden.    BUCI 600 BAYLOR BLVD NEW CASTLE, DE 19720
Grace Martin, BUCI Deputy WArden
Joseph Moore BUCI CAptAin (Shift Commander)
Corporal Brown Dept of Corrections
TRAnsportAtion Officer
FIRST CORRECtional MEDICAl, INC : 945 McKee Road Suite 201
Dover, DE 19901/12795 N. Wildlife
Tuscon AZ 85137

IV.    **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

① Intentional Physical Injury Inflicted by Staff Member DOC CPL. BROWN
along with Repeated threats of Violence by Staff Transport
and pre-existing MEDICAL condition.
② Delay IN MEDICAl TREATMENT for injury /chronic & terminal MEDICAL problems
③ Physical Condition of Building
- Unsanitary conditions and severe mold build-up
in/on WAlls, ceilings, vents, floors/windows, etc.
④ overcrowding — Inmates housed in closets (Locked in)
sleeping in open DORMs with No
Running water/toilet facility
⑤ Punishment without fair Due process or List of Rules
Infractions (HandBook) provided AS Constitutionally
Required [3]
⑥ Failure to enforce PRison Grievance Resolutions and threats/
RetAliAtion to Inmates Attempting to utilize such system.

## V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

A full investigation into the Allegations and issues
of concern within the herein Petition/Temporary injunctive
Relief Against further Retaliation, for the filing of this
Petition, or for exercising Constitutional Rights by utilizing
Proper Administrative Remedy Actions. — to be later placed into
order permanently / / Immediate Attention to Resolve the
emergency issues.

Signed this 20 day of July, 2006.

_____ (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

7/20/2006
Date

_____ ( Signature of Plaintiff)

1

## I JURISDICTION

1.    This court had jurisdiction over plaintiff's Federal

claims pursuant to 28 U.S.C.§ § 1331 and 1343

(a)(3).

## II VENUE

2.    The district court of Delaware is an appropriate

venue under 28 U.S.C. §§ 1391(b)(2) because of a

substantial part pf the events or omissions giving

rise to the claims occurred in this district.

## III Parties
### Defendants

DELAWARE DEPT of Corrections; Stanley Taylor, in
his individual and official capacity as commissioner of the
Department of Corrections; Paul Howard, in his individual and
D.J. Baylor Womens Correctional Institution; Bureau Chief of Doc,
In his official capacity
Patrick Ryan, As Warden, BWCI; Grace Martin,
In her individual & official capacity as Deputy Warden;
Joseph Moore, in his individual & official capacity
As Captain/Shift Commander; Corporal Brown in her
Individual & official capacity as DOC Transportation
Officer; And
First Correctional Medical | C.M.S.
                           | Correctional medical services
In their official capacity as the Medical services
provider at the Delores J Baylor Womens Correctional Inst

## IV. Plaintiff

Toni L. Johnson                  * upon Release —
6BI # 00182823                   424 S. State St
Unit 9 BWCI                      Dover, De 19901
660 Baylor Blvd                  (302) 730-6324
New Castle, De 19720

United States District Court    Civil Rights Act 42 U.S.C. § 1983

2

# V. ISSUES (Basic outline/ full Description to follow)

(A) Intentional infliction of physical injury by D.O.C. Staff / Cpl. Brown (CT Transport Officer) along with Repeated threats of violence by Staff.
— Cpl Brown placed hand cuffs so tight on my left wrist/she brought blood through the skin/ causing wrist to/swell so bad — Nerves were crushed in left wrist causing most Probably permanent nerve damage and affecting the use of my left hand. When I tried to find out why she was doing it and Asked her to loosen it — Cpl Brown told me she was doing it to keep me from "writing Anyone up this time" — initially Another C/o hooked up my cuffs / but she jerked me Away from him and said "oh no I've got something for ass Joni". (SEE ATTACHED GRIEVANCE)

(B) Delay in MEDICAL Treatment for Staff inflicted injury and pre-existing MEDICAL conditions. I have Chronic and Terminal MEDICAL problems (See Attached DOC's) and have been denied/delayed proper MEDICATION treatment *SEE ATTACHED GRIEVANCES + MEDICAL Personal Log.

(C) Physical Condition of BUILDING is A Threat of health problems and unsafe & UNSANITARY Conditions. ① UNSANITARY / I/m's ARE NOT Given APPROPRIATE conditions OR ADEQUATE CLEANING Supplies.
(DARK GREEN + BLACKS) → ② MOLD Build-up visible in the vents, walls, BASEBOARD: coming through ceiling, windows + DOOR AREAS.
③ mildew in showers/ ceiling tiles! * I/m's w/ RESPIRAT NO VENTILATION IN SHOWERS   problems are at (High Ris
④ Rust in ceilings/Bathroom Shower stalls Vents (Rusty metal debris's falls down on head in showe

(D) OVERCROWDING: Inmates Are Housed in, closets without Bathroom facilities — Locked in and unable to get out to use Rest room

(E) Punishment Without Due Process
I/m's are punished & placed on 24+ hour lockdown without their Due process Right to a hearing At the whim of a C/o At Any given time without prior notice or warning of Rules infractions. *I/m's are not given an Inmate handbo explaining policy & procedures And/or Rules w/ consequences as Required By Due process Requirements of the U.S. Constitutional protections. Such punishment has the capability of interfering with earned good time — Therefore A Liberty interest is at stake — An inmate handbook or posting of Rules sanctions is mandatory.

F. Failure to enforce Prison Grievance Resolutions and threats of Retaliation to I/m's Attempting to utilize such system. Grievances are never answered and usually thrown in the trash.

G. Misc. Issues

① Not enough time to eat meals - I/m's are given sometimes only 8 minutes to complete A meal, Instead of the 20-30 minutes stipulated on the Prisoner's Rights manual. It should Be 20 min's from time last person sits.

② I/m's Do not have Adequate Access to staff to address concerns. I/m's have the Right to Address issues w/ staff Dept Heads - they should stand in D.R. at least once a week.

③ Food service portions are not Balanced and when the institution population increased by About 30-35% over the past 8 years - Instead of increasing food service Budget - Food service portions were cut & cheaper/Inferior products purchased. I/m's are Literally still hungry after each meal - unless they fill up on Bread) I/m's ade served lots of Bread/starches because it is A filler/puts on weight & keeps I/m's tired and then after each meal we are locked down so what we just Ate'c An turn to fAt).

In take clothing Issues
④. Upon entering institution as part of My initial clothing issue - I was given 2 pr. of underpants that were torn & Blood stained!

⑤ I/m medical Intake
Upon arrival In the institution - I/m's are given what is Described As A medical exam, which consists of Blood Pressure/oxygen/Temp/Pregnancy Test/TB+ive

ⓐ The TB test is Administered from a multiple Dosage vial that has been left Unattended on the Nurses Desk top, exposure to Anyone/Anything in area. The insulin Syringe used to Administer my test was just on nurse Desk * I DiD Not see if it was newly removed from package - In light of the Recent Developments involving ams & the carelessness of nurse - This procedure now has Me concerned as well as other I/m's.

(b) F/m's are tested for TB., But placed in General population w/o reading the Results, observing them for Mental illness or Drug Withdrawal. Sometimes inmates are never checked At All for TB Results.

(c) Medical Dept completes A questionaire with each F/m upon arrival in the prison, whereas, questions asked include medical history, current Medical issues & medications. The information is entered into the computer, yet Nothing is done about it until the Inmate causes a scene/keeps writing or falls out ill. (up to 2 weeks if then) I entered the institution on 7/8/06 (15 days Ago) with the following medical problems:

Chronic obstructive Pulmonary Disease (COPD) w/ Pulmonary Fibrosis
*Terminal*

Chronic Bronchitis/ Severe Asthma/ frequent pneumonia with Congestive Heart Failure (CHF) with severe fluid Retention

Hypothyroidism
Advanced Liver Damage from Hepatitis C
Fibromyalgia / Osteoarthritis/ Rhuematoid Arthritis
Osteoporosis / Migraines / Allergies
Sleep Apnea (using C-PAP)
Depression/Anxiety/ Insomnia

Medical listed each of those diseases, as well As All medications taking for such.
It took 4 days to be seen for breathing difficulties. Once I finally did see someone from medical, I was in Respiratory distress/pneumonia/ I would not have made it through the night. By the time medical finally Realized that I was in need of respiratory help — I had been 4 days in institution with NO meds/Inhalers/Breathing treatment

Furthermore, Being locked down 18-20 hours per day with mold infested vents blowing air into the "Closet" I was locked in, that had no toilet, Having Respiratory problems & Breathing Difficulty is getting worse breathing the mold in air.

5

The Nurse on Duty that evening (Allysia) recognized the urgency in my medical condition & that I would Not Have mADE it through the night. She immediately CAlled The Doctor (m.D.) Who ordered 2 Breathing Treatments And 3 Inhalers. (None of which are the same medications I take on the outside prescribed to me By A Pulmonary Specialist)

　　　　　＊ AT This time I have been in WCI 2 weeks (15 days) and have not received any of the medications / treatments or medical Equipment I am prescribed or use on the outside (Except Thyroid medicine which I finally Just got 3 days Ago)
　　　　　Therefore, the medical Delays, can be and most probably have already caused me further health Damage and all the progress I have made has been Undone in these 2 weeks.

　　　　　＊ July 19, 2006 AT 8:15pm I went to medication to get my thyroid med's (Synthroid) & A breathing treatment and to have my injured wrist Rewrapped.

　　　　　＃) No Medication Available for me
　　　　　＃) Rec'd Breathing Treatment & was told to Come back at 10:30pm for one more. C/o Peitchard would not let me go / he would not call Medical / When I told him I was in Respiratory distress he said "not Now". I told him I needed a breathing Treatment Really bad

I SAW MEDICAL on 7/17 for wrist injury At
Sick call - 3 days After the injury - Nurse tried to
Charge me $6.00 / She never examined it / Refused to
                    or x rayed                    / wrap it
then gave me Some motrin & Sent Me to unit.

Finally on Thurs 7/20 The nurse PRActioner
SAW Me / examined / ordered x ray
        my wrist
Diagnosed w/ Chip on wrist bone (caused from the
                                  Handcuff being jerked
                                  Across the bone)
And Nerve damage that
is usually either long term or permanent
- I cannot use left hand at All.
She (melody N.P.) treated me with
wrapping with a velcron wrist splint

— Again on July 23 I began having
severe chest pains & spasms down my left arm
across my back / shortness of breath / Dizziness
& bad swelling in Legs & feet (signs of congestive
Heart failure of which I have A history).
Went TO medical for Breathing Treatment
and Afterwards my O2 levels were 88 & 91
Nurse wrote down 99, I told her that was wrong
& she said no it isn't. (I Know how to read my O2)
After telling her about my leg swelling
She never even looked at it. Right now my
Legs & feet are swelling so bad I CANNOT
stand up & thay are burning.

— I have told medical all about the
frequent FAlls (Legs giving out) & nothing has been done to initiate
tests or At LEAST give me A cane for protection / support.



List of Alleged Abuses by Corporal Brown
Court Transport Officer
Young - BWCI - Dover - Georgetown - Dover - BWCI - Young
(smyrna)

1) I/m Joni Johnson on 7/14/06 while in Dover lock-up (court) - she put on the cuffs so tight that hand/wrist swelled around cuffs - started to bleed - later Diagnosis - chip in wrist bone - crushed nerves affecting use of left hand (possibly/probably) permanent Damage. Right to Redress. Action was Retaliatory for exercising my civil Rights of REDRESS.

2) I/m Sasha D. — ⊕? (unit 5) while Handcuffed/Shackled/waist chained BWCI - was pushed down by Cpl. Brown on Thursday 7/20/2006 Cpl. Brown threatened to slap her and spray w/ pepper spray while being transported to/from Court.

3) Pregnant inmates are shackled/waist chained/handcuffed while being transported to/from court — Steel chains locked around Pregnant Bellies. Cpl. Brown is only one that Does this.

4) Cpl. Brown pulled the transport van over on the St George's Bridge because some of the I/m's were talking - She opened the sliding Door and stood there with the pepper spray and threatened to spray everyone for talking. It is a security breach for her to pull van over & open the door without calling it in as an emergency ahead of time.

*Copy of Grievance placed in [illegible] Box on Sunday 7/16/06 in presence of C.O. Brown*

*Discussed w/ Kim that Capt. Moore Still reviews them*

FORM #584

## GRIEVANCE FORM

FACILITY: BWCI                                     DATE: July 14, 2006

GRIEVANT'S NAME: Joni Johnson         SBI#: 00 182 823

CASE#: _____                    TIME OF INCIDENT: 2 pm  7/14/06

HOUSING UNIT: 7 (Sm. Closet)              Dover Court Lock-Up
                                                             Physical Abuse (Retaliatory)

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Place of Incident: Dover Court Lock-up
When being handcuffed and chained for transport return to BWCI, one officer (very pleasant gentleman - w/strawberry blonde crewcut (white) NUK) began to handcuff me and while gently putting restraints on — he was "interupted" by CPRL Brown who said - "oh no I'll take care of Joni - I have something for her." And then after making a couple more snotty/sarcastic & derogatory remarks she tightened the handcuffs with a sharp jeek (left first) and before she would do same to Right Wrist I turned it away from her, her next comment to me when I complained about the tightness was "Aw... I guess y. won't be able to write anybody up this time." The handcuffs left severe indendations *ACTION REQUESTED by GRIEVANT:* and bruising, and swelling, I am having severe pain, throbbing & tingling in my hand & arm as a result. Awaiting xray and medical evaluation for final determination of injury.

*ACTION REQUESTED* Full Investigation into the intentional infliction of *purpose* retaliatory action *No request for Restirement (*Preliminary to Legal Action*)* *of this Grievance* This is a formal proceeding [illegible] by a staff member

GRIEVANT'S SIGNATURE: Joni L. Johnson   DATE: 7/14/2006

WAS AN INFORMAL RESOLUTION ACCEPTED?         _____ (YES)    _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

Copy + inmate
Grievance

FORM #584

GRIEVANCE FORM

FACILITY: BWCI

DATE: July 21, 2006

GRIEVANT'S NAME: Erica M. Patrick

SBI#: 274176

CASE#:_____

HOUSING UNIT: 9

TIME OF INCIDENT: 1:30 pm @
500 King street, Lower Level
Wilmington Delaware 19801

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Pamela Bates works for C+T at the address above.
Pamela Bates attacked grievant by pulling her hair, shoving her, and calling her several darogatory names. Grievant was shackled and hand cuffed. Officer P. Smith was also present. Officer P. Smith was preparing to uncuff grievant when Pamela Bates attacked grievant. P. Smith Co-worker to perpitrator failed to stop, dicipline, let alone assist in the situation. Pamela Bates was the Officer that led grievant from sentencing - an incident report will follow. This is a summary.

ACTION REQUESTED BY GRIEVANT: I am requesting a full investigation and resolve of all past and present staff abuse of inmates; physical and/or verbal. I would like to formally file civil and criminal charges.

GRIEVANT'S SIGNATURE: Erica Patrick    DATE: July 21, 2006

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

Im waiting for transfer to SVOP.

April '97 REV

pg 1 of 1

4-23-06

To Whom it May Concern,

On the way back from Dover Court House 7-14-06 friday. The guard Ms. Brown took over putting the hand Cuffs on Ms. Johnson, while making them tighter on her wrists she made a commit about Jonnie's not being able to write any letters this stay at the jail and later on the bus back to B.W.C.I. I told Ms. Brown that Jonnie hand cuffs were to tight you could see the blood coming from them, red & swollen she (Ms. Brown) also said what am I suppose to do stop the Van laughing at us. She did nothing. Not taking the cuffs off or losing them up until we got back.

Thank you
Ms. Nancy Cage

NRCC

# Delaware Department of Correction
## Health Care Services Fee Sheet

**Inmate Name** _Brown, An_     **SBI #** _182523_

(Last, First MI)

**Facility** _Bldg 1_     **Date** _7/17/06_

| | | |
|---|---|---|
| ✓ | Chargeable Visit | $4.00 |
| | Non Chargeable Visit | -0- |
| ✓ | Medication Handling Fee ($2.00 X __1__ ) | $ 2.00 |

### Total Amount Charged To Inmate Account     $ 6.00

**Health Care Staff Signature:** _Hubbard RN_

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES
DESCRIBED ABOVE.

**Inmate Signature:** _Jean Johnson_ — However — Refuse payment

**Date:** _Staff inflicted injury_

1) *Witness Signature: _Hubbard RN_     Date: _7/17/06_

2) *Witness Signature: _____     Date: _____

Do Not
Charge my
Amount off

The fee for services rendered will be deducted from your inmate account even if the amount
deducted generates a negative balance. Any funds received by you will first be applied to any
negative balance. Any negative balance remaining on your account when you are released will
remain active for three (3) years after the date of release. Should you return to Delaware Department
of Correction as an inmate within that three (3) year period, the negative balance will be applied to
your inmate account on your new commitment.

Distribution:
Original: Facility Business Office     Posted/Entered by_____     Date_____
Copy:     Inmate Medical Record (yellow)
          Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

Copy (handwritten)

To: Business Office

From: Joni Johnson

Unit 9   # 00182823

DATE: July 23, 2006

RE: Medical fee / Account Balance / Activity
                        forma pauperis

---

Could you please provide me with my account Balance / print out that needs to be attached to my forma pauperis form for the U.S. District Court § 1983 form.

Furthermore, I need to know if the $6.00 medical fee was deducted — It was not suppose to be, because it was for a Staff inflicted injury — which I wrote on the medical form.

Thank you
Joni L. Johnson

---

In the event of my release
    please mail this information to me
I must have it for court.
        Joni Johnson
        424 S. State St
        Dover, DE  19901

FORM #585

MEDICAL GRIEVANCE

FACILITY: BWCI

DATE SUBMITTED: 7-22-06

INMATE'S NAME: Joni L. Johnson

SBI#: D0182823

HOUSING UNIT: 9

CASE #:

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 7/22/06  At  4:50 pm

TYPE OF MEDICAL PROBLEM:

INMATE'S NOT PERMITTED to EAT (Ample time) iN Accordance with "Prisoner Rights" As EstABlished by U.S. Supreme Court (20-30 MiNS per inmate & should be EstABlished) — AT 4:35 pm, on 7/22/06 the 1st I/m from unit 9 (As 20 MiNS from time LAST I/m is SEATED.) entered the Dining Room for DiNNER — AT 4:40 pm The last I/m was →Line of seated at 4:50 pm c/o Duo mADE uNiT 9 get up and leave the D.R. I was Number 36 to be SEATED — thereFore About 3/4 through the Line. That Allowed ME 10-12 MiNS to eat (I was NOT HAViNG A /CONVERSATION, w/ Anyone—So Don't try to justify w/that) complete my meal. It is expected that we must shovel our food iN without proper chewiNg; which causes health and Digestive problems. When I tried to tAlk to mR. Duo About this he told me that "this is NOT the U.S. GovT — this is Delaware and here [we] oNly get 10-15 miNs to ant"

GRIEVANT'S SIGNATURE: Joni Johnson    DATE: 7/22/2006

ACTION REQUESTED BY GRIEVANT: TO BE AllowED our constitutionally protected Civil Right (Prisoners Rights As EstABlished by U.S. GovT / US court) to eAt our food iN AN Adequate / Healthy RELAXED eNviRonment which does NOT REQuiRE shovelliNg our food iN without Ample chewiNg ☀ I/m's should be given 20-30 mins per meal ☀

DATE RECEIVED BY: MEDICAL UNIT: CAPTAIN MOORE !

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

☀ UNIT 9 DOES NOT HAVE ANY NON-MEDICAL GRIEVANCE FORMS ☀

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: BWCI

INMATE'S NAME: Joni L. Johnson

HOUSING UNIT: 9

DATE SUBMITTED: 7/23/2006

SBI#: 00182823

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: July 8-23, 2006

TYPE OF MEDICAL PROBLEM: Delay in Receiving Required Medications/Treatments

I entered the institution on 7/8/2006 - at that time signed a Release for CMS Medical Dept to obtain prescription/Medical Records - from ① Eckerd Pharmacy ② Mid-Delaware Internal Medicine 674-9144 ③ Dr David Jacah N. Dupont Hwy Drug, Dr. Tataguari 3 Gooden Ave /Dover, Dover Pulmonare COPD w/ Asthma, Sleep Apnea, Bradford St DUK I suffer from: Pulmonary Fibrosis, Bronchitis, frequent Pneumonia, Hepatitis C, 4.375 mcg Allergies, Osteo & w/ congestive Heart Failure Hypothyroidism, Synthroid, Migraines, Rheumatoid Arthritis (severe) frequent falling from weakness in Fibromyalgia, Osteoporosis leg muscles & legs giving out

It took 3 days to Receive Any inhalers or breathing treatments & only then because I developed serious Respiratory Distress. I kept going to medical & asking for Medications over that 1st 3 day

GRIEVANT'S SIGNATURE: Joni L. Johnson    DATE: 7/23/2006

ACTION REQUESTED BY GRIEVANT: To have med (cms) act more Efficiently in getting I/m's medical Records/Prescriptions/Treatments to be given the same prescription drugs prescribed to me by my primary care & Pulmonary Specialist. (why do the in take info If you are not going to act on it?

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Finally At 11pm on Tuesday 7-11-2006 I went to Medical and asking unable to catch my breathe and Nurse Allysha Recognized my Distress. She was the 1st to finally Recognize and Do something about my problem. she called the Doctor at home and was told to give Me 2 Breathing treatments and an inhaler. The next day — Melody the Nurse pRactioner saw me and she prescribed more Inhalers + tm for Allergies. She also prescribed Synthroid for my hypothyroidism. It was About 2 more days before I got my new Inhalers and the tm and it took another week to get the Thyroid medicine Although the prescriptions are written it takes 3-7 days to get them.

Next - After wrist Injuery it took 4 days for sick call to see me (then I was charged $6.00 for a staff inflicted injury) I signed under protest. When I Did finally See Nurse pRactioner for Sick call she would not give me Anything for swelling, pain or even to support it. Referring me to Nurse Practioner - Melody. Once I finally saw melody on Thursday 7/20/06 I was given A Splint + support - (Diagnosed) possible chip Bone on wrist issue Dealt with From seperate grievance/Litigation ✱ Nerve Damage ✱ In Hand Delay in Recieving X-ray was Almost 2 weeks (Although Second opinion of Broken Bone)

melody prescribed motrin - which I still Have not Received as of this writing 7/23/06 9am.

In the 2 weeks I have Been Here - I still Have Not Received my Respiratory Equipment (CPAP/Nebulizer 3-5 Treatments per Day) Nor Have I Rec'd (All of) my proper medications. my Inhalers have Been substituted with other "less expensive" methods - - Disregarding the prescriptions I have Been given by my pulmonary specialist who has performed numerous Diagnostic tests to determine Diagnosis & Treatments for my Chronic & Terminal Illnesses.

✱ The only medication I Am Receiving that I had on outside is Synthroid .375 mcg which took Almost 2 weeks to get

✱ with all of my illnesses at Chronic / Terminal I still Have not Seen an M.D. In the two weeks I Have Been Here!

FORM #585

**MEDICAL GRIEVANCE**

FACILITY: _BWCI_          DATE SUBMITTED: _7-23-2006_

INMATE'S NAME: _Joni L. Johnson_          SBI#: _00182823_

HOUSING UNIT: _9_          CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _Overall (7/8/2006)_

TYPE OF MEDICAL PROBLEM: I arrived in the institution on 7/8/2006 At Appx 8pm During my medical Intake I was given A TB test using an Insulin syringe that was laying on Desk - then the fluid was withdrawn from A multiple Dose vial, that Also is sitting on the Desk.
* In the many times I have been to medical over the last 2 weeks - the vial (presumably TB Tine) is sitting on the Nurses Desk for exposure to anyone or anything - which includes not only multiple Staff members - medical /correctional /Administration - But numerous unsupervised Inmates are in & out of that area.
        * I inquired about the insulin syringe and was told that it was new - However I did not see it taken from the package.
* In light of the recent incident At young by A CMS nurse - And the incompetence of "some" of the medical staff - here at WCI it is common for "Basic medical protocol" to be ignored -
This needs Attention.

GRIEVANT'S SIGNATURE: _Joni L. Johnson_          DATE: _7/23/2006_

ACTION REQUESTED BY GRIEVANT: In light of the "Alarming breach of medical" Multiple Dose vials should Be done away with. TB Tine can be purchased in individual pre-measured injectables. They may Not Be Cost efficient, But they are safer. syringes should be Individually wrapped /opened in presence of I/m and placed in Red Contamination Box immediately - I/int a I/m.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY, OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY

Date Received

Time Received

Print Name: _Joni Johnson_                    Date of Request: _7/24/06_

ID #: _00182823_        Date of Birth: _12/3/1956_   Housing Location: _9_

Nature of problem or request: _SEVERE TIGHTNESS IN Chest w/ Muscle spASm_
_IN CHEST/NECK/BACK/left-Arm/Legs. Swelling In my_
_feet and legs — pain/from Fibromyalgia/Legs completely_
_swelling out_
I consent to be treated by health staff for the condition described.

_Joni A. Johnson_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

DO NOT WRITE BELOW THIS AREA

Triaged by: _____  Referred to: (Circle ONE)
            .Initials                    NSC   Mid-level SC   Physician SC   MH   Dental
                                   Other: _____

## HEALTH CARE DOCUMENTATION

Subjective:

Objective:  BP _____  T _____  P _____  R _____  Wt _____

Assessment:

Plan:

ρ    Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: _____  Date: _____  Time: _____



Ton. Johnson
Buch Unit 3
SBI# 00189623
1601 Baylor Blvd
New Castle, DE 19720

United States District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King St
Wilmington, DE 19801