Enclosed, please find _one_ set/
original for filing w/ attachments —                    06-452
Because we cannot get access to copy
machine as necessary — I have filed into
1 more handwritten set & am submitting
one 1st/original handwritten set.
(no access to typewriter either)
        I will get copies in a few days
of the other required sets and forward to
you ASAP.
        Please file the 1st set ~~within~~
and will send rest of copies as I can
get them written.
                Thank you
                Joni Johnson

FILED U.S. DISTRICT COURT
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 25  PM 3:57
Ⓓ scanned