IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI LEE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-452-JJF |
| | ) |
| COMMISSIONER STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Joni Lee Johnson, was a prisoner incarcerated at the Delores J. Baylor Women's Correctional Institution, New Castle, Delaware at the time she filed her complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on August 3, 2006, the Court entered an order granting leave to proceed in forma pauperis, requiring plaintiff to pay the $350.00 filing fee as determined by statute, and requiring plaintiff to complete and return an authorization form (D.I. 5);

WHEREAS, August 16, 2006, the Court was notified that plaintiff is no longer incarcerated and undeliverable mail was returned to the court (D.I. 6);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while

imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this 28 day of August, 2006, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee ($350) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether she is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE