IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONI LEE JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civil No. 06-452-JJF |
| COMMISSIONER STANLEY TAYLOR, et al., | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff, Joni Lee Johnson, was a prisoner incarcerated at the Delores J. Baylor Women's Correctional Institution, New Castle, Delaware at the time she filed her complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on August 3, 2006, the Court entered an order granting leave to proceed in forma pauperis, requiring Plaintiff to pay the $350.00 filing fee as determined by statute, and requiring Plaintiff to complete and return an authorization form (D.I. 5);

WHEREAS, on August 16, 2006, the Court was notified that Plaintiff is no longer incarcerated and undeliverable mail was returned to the Court, and the Court was provided with Plaintiff's last known address (D.I. 6);

WHEREAS, on August 28, 2006, the Court ordered Plaintiff to either pay the filing fee she owes ($350.00) or submit a new

standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 7);

WHEREAS, the time has lapsed and Plaintiff has not complied with the Court's order of August 28, 2006;

THEREFORE, at Wilmington this 5 day of October, 2006, IT IS HEREBY ORDERED that the Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE